# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collyer, Rosemary M. | District Court - Washington DC | 04/20/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| E Barrett Prettyman Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Collyer, Rosemary, M.

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | National Human Services Assembly - Vice President |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Human Services Assembly | Throughout 2010 | Within U.S. | Business travel | Reimbursement to spouse for business travel (airline, lodging & meals) |
| 2. | Denison University | Throughout 2010 | To/from Granville Ohio | Alumni affairs | Reimbursement to spouse for alumni business travel (airline, lodging & meals) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - BRKA - Common Class A | | None | M | T | | | | | |
| 3. - GE - Common | A | Dividend | K | T | | | | | |
| 4. - Balto MD Const Pub Imp Muni Bonds | A | Interest | J | T | Sold (part) | 10/01/10 | J | A | |
| 5. - Schwab Cash Equivalent Accounts | A | Int./Div. | M | T | | | | | |
| 6. - DVY - ETF | A | Dividend | K | T | | | | | |
| 7. - DOO - ETF | B | Dividend | L | T | | | | | |
| 8. - Anne Arundel County, MD Muni Bonds | B | Interest | K | T | | | | | |
| 9. - Baltimore, MD Proj Muni Bonds | B | Interest | K | T | | | | | |
| 10. - Maryland State Muni Bonds | B | Interest | L | T | | | | | |
| 11. - DTH - ETF | B | Dividend | L | T | | | | | |
| 12. - KMP - Common | C | Distribution | L | T | | | | | |
| 13. - CLMT - Common | B | Distribution | K | T | | | | | |
| 14. - NFM - Closed End Fund | D | Dividend | | | Sold | 07/22/10 | L | E | |
| 15. - ACN - Common | A | Dividend | | | Sold | 06/21/10 | K | C | |
| 16. - T Rowe Price Maryland Tax Free Bond Fund (MDXBX) | C | Dividend | | | Sold | 11/10/10 | L | B | |
| 17. - C - Put Option Feb11 5.00 | | None | J | T | Sell Short | 12/14/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - C - Put Option Dec10 4.00 | | None | | | Sell Short | 10/04/10 | J | | |
| 19. | | None | | | Expired | 12/18/10 | J | B | |
| 20.  - UTHR - Put Option Oct 10 55.00 | | None | | | Sell Short | 10/13/10 | J | | |
| 21. | | None | | | Expired | 10/16/10 | J | A | |
| 22.  - UTHR - Put Option Nov 10 55.0 | | None | | | Sell Short | 10/15/10 | J | | |
| 23. | | None | | | Expired | 11/20/10 | J | B | |
| 24.  IRA #1 | E | Int./Div. | O | T | | | | | |
| 25.  - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 26.  - UST Inflation Index Notes 3.375% TIPS | | | | | | | | | |
| 27.  - UST Inflation Index Notes 3.625% TIPS | | | | | | | | | |
| 28.  - IWF - ETF | | | | | | | | | |
| 29.  - Marsico Growth Fund (MGRIX) | | | | | | | | | |
| 30.  - NLY - Common | | | | | Sold<br>(part) | 02/03/10 | K | A | |
| 31.  - GOV - Common | | | | | | | | | |
| 32.  - WMT - Common | | | | | Sold | 10/13/10 | K | B | |
| 33.  - MCD - Common | | | | | | | | | |
| 34.  - JNJ - Common | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)            U =Book Value            V = Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - AGNC - Common | | | | | | | | | |
| 36. - UHT - Common | | | | | | | | | |
| 37. - AGNC - Call Option Oct 10 30.00 | | | | | Sell Short | 09/20/10 | J | | |
| 38. | | | | | Expired | 10/16/10 | J | A | |
| 39. - CVS - Common | | | | | Buy | 06/21/10 | K | | |
| 40. - AIS - Common | | | | | Buy | 06/25/10 | K | | |
| 41. | | | | | Buy (add'l) | 06/30/10 | K | | |
| 42. IRA #2 | D | Int./Div. | N | T | | | | | |
| 43. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 44. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 45. - GNVC - Common | | | | | | | | | |
| 46. | | | | | Buy (add'l) | 01/21/10 | K | | |
| 47. - CGM Focus Fund (CGMFX) | | | | | | | | | See Part VIII (e) |
| 48. - DVM - Closed End Fund | | | | | | | | | |
| 49. - BOE - Closed End Fund | | | | | | | | | |
| 50. - BCRX - Common | | | | | | | | | |
| 51. QUALIFIED RETIREMENT PLAN #2 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 53. QUALIFIED RETIREMENT PLAN #3 | A | Int./Div. | K | T | | | | | |
| 54. - Vanguard Variable Insurance Fund International Portfolio | | | | | Buy (add'l) | 12/31/10 | J | | See Part VIII (g) |
| 55. IRA #4 | B | Int./Div. | N | T | | | | | |
| 56. - BRKB - Common Class B | | | | | Sold (part) | 04/27/10 | L | E | See Part VIII (d) |
| 57. | | | | | Sold | 08/21/10 | N | G | See Part VIII (d) |
| 58. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 59. - CSCO - Common | | | | | Buy | 12/17/10 | K | | |
| 60. - XOM - Common | | | | | Buy | 04/27/10 | L | | |
| 61. - KMB - Common | | | | | Buy | 10/04/10 | L | | |
| 62. - KMB - Call Option Jan 11 67.50 | | | | | Sell Short | 10/04/10 | J | | |
| 63. - RDS/A - ADR | | | | | Buy | 12/30/10 | L | | |
| 64. - SYY - Common | | | | | Buy | 12/17/10 | K | | |
| 65. - BRK/B - Call Option Jul 10 75.00 | | | | | Sell Short | 06/21/10 | K | | |
| 66. | | | | | Buy | 07/14/10 | K | C | |
| 67. - BRK/B - Call Option Aug 10 75.00 | | | | | Sell Short | 07/14/10 | K | | |
| 68. | | | | | Redeemed | 08/21/10 | J | E | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IRA #5 | B | Int./Div. | K | T | | | | | |
| 70. - ABT - Common | | | | | | | | | See Part VIII (d) |
| 71. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 72. IRA #6 | A | Int./Div. | J | T | | | | | |
| 73. - ARNA - Common | | | | | Sold (part) | 07/28/10 | J | | See Part VIII (f) |
| 74. | | | | | Sold (part) | 08/10/10 | J | | See Part VIII (f) |
| 75. | | | | | Sold | 08/21/10 | J | | See Part VIII (f) |
| 76. - ARNA - Call Option Aug 10 4.00 | | | | | Sell Short | 07/01/10 | J | | |
| 77. | | | | | Redeemed (part) | 07/28/10 | J | A | |
| 78. | | | | | Redeemed (part) | 08/10/10 | J | A | |
| 79. | | | | | Redeemed | 08/21/10 | J | A | |
| 80. - BCRX - Call Option Jun 10 10.00 | | | | | Sell Short | 01/08/10 | J | | |
| 81. | | | | | Expired | 06/19/10 | J | C | |
| 82. IRA #7 | A | Int./Div. | J | T | | | | | |
| 83. - GNVC - Common | | | | | Buy | 01/21/10 | M | | |
| 84. Merrill Lynch Cash Management Account | A | Int./Div. | J | T | | | | | See Part VIII, Line (i) |
| 85. Citibank Checking Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #1 | | | | | | | | | See Part VIII (h) |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

(a) Line 1 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part VII, Line 86).

PART VII:

(b) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks).

(c) Lines 5, 25, 43, 52, 58 and 71 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, Charles Schwab Bank Deposit Accounts, and/or Schwab Cash Reserves. They are aggregated here per the 2010 Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. The income received and ending values are shown as required in the non-retirement plan account (Line 5).

(d) The accounts identified as IRAs #4 and #5 were opened in 2010. Lines 56, 57 and 70 refer to assets previously described in IRA #1 and transferred to these accounts in 2010.

(e) Line 47 refers in part to assets previously described in QUALIFIED RETIREMENT PLAN #2 which were transferred to IRA #2 in 2010 and merged with shares of the same fund already in the account.

(f) The accounts identified as IRAs #6 and #7 were opened in 2010. Lines 73, 74 and 75 refer to assets previously described in IRA #2 and transferred to these accounts in 2010. These accounts had a zero balance at the end of 2010 as all assets were transferred back to IRA #2.

(g) Line 54: Purchases of this fund are made on a monthly basis. Individual purchases are below the minimum reporting requirement but are aggregated for the entire year with a date shown of 12/31/10.

(h) Line 86 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part I, Line 1).

(i) Line 84 refers to an aggregated cash equivalent account at Merrill Lynch that pays both dividends (for Merrill Lynch CMA Money Fund) and interest (for Merrill Lynch Bank Deposit Program). This is not a brokerage acccount, and no individual stocks, bonds or other assets are held.

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/20/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **Rosemary M. Collyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544